**Order entered January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00633-CV

### THOMAS J. ELLIS, Appellant

### V.

### THE RENAISSANCE ON TURTLE CREEK CONDOMINIUM ASSOCIATION, INC., Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-01827-C**

## ORDER

Before the Court is appellant's Emergency Request for Temporary Receivership of the

Association, which was filed on January 27, 2014. The motion is **DENIED**.

/s/    MOLLY FRANCIS
        PRESIDING JUSTICE